IN RE ESTATE OF FRANCIS

No. 342PA89

Case below: 94 N.C. App. 744

Petition by Iva P. Marshall for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

IN RE GUESS

No. 431PA89

Case below: 95 N.C. App. 435

Motion by Dr. Guess to dismiss appeal by Board of Medical Examiners for lack of substantial constitutional question allowed 7 December 1989. Petition by Board of Medical Examiners for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

IN RE SCOTT

No. 489P89

Case below: 95 N.C. App. 760

Petition by Henderson County Department of Social Services for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

MORRIS v. PINE ACRES LODGE

No. 448P89

Case below: 95 N.C. App. 454

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.

MORRIS v. TERMINIX CO.

No. 447P89

Case below: 95 N.C. App. 454

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.